## IN THE SUPREME COURT OF THE STATE OF NEVADA

CHESTER MOORE,
           Appellant,
    vs.
THE STATE OF NEVADA,
           Respondent.

No. 73682

CHESTER MOORE,
           Appellant,
    vs.
THE STATE OF NEVADA,
           Respondent.

No. 73683

**FILED**

OCT 16 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEALS

These are pro se appeals from "the judgement of conviction entered...on or about the 14 day of 2016."

Our review of these appeals reveals a jurisdictional defect. Specifically, the notices of appeal were untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). The district court entered the judgments of conviction on April 14, 2016, and the corrected judgments of conviction on January 13, 2017. Appellant did not file the notices of appeal, however, until July 31, 2017, well after the expiration of the thirty-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). To the extent that appellant appeals from the second corrected judgments of conviction, appellant is not aggrieved by the orders. *See* NRS 177.015 (only

17-35286

an aggrieved party may appeal). Accordingly, we conclude that we lack jurisdiction to consider these appeals, and we

ORDER these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. David A. Hardy, District Judge
       Hon. Lynne K. Simons, District Judge
       Chester Moore
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk

